Dr. Bo Hu
20 Descanso Drive #1313
San Jose, CA 95134
(805)-705-8672

Plaintiff

ADR

FILED

2007 DEC -5  P 1:41

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid
S1
99

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Dr. Bo Hu<br><br>Plaintiff<br><br>V.<br><br>Michael Chertoff, as Secretary of the Department of Homeland Security;<br>Emilio T Gonzalez, Director of U.S. Citizen and Immigration Services;<br>Robert S. Muller, Director of Federal Bureau of Investigation<br><br>Defendants | CIVIL ACTION NO._____<br><br>C07 06163 JF RS |

**PLAINTIFF'S ORIGINAL COMPLAINT
FOR WRIT IN THE NATURE OF
MANDAMUS & DECLARATORY JUDGEMENT**

NOW come the Plaintiff, Dr. Bo Hu, by and through Pro Se, in the above-captioned matter, and hereby states as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed processing of an I-485 Application filed by the Plaintiff, Dr. Bo Hu. The application was filed and remains within the jurisdiction of the Defendants, who have improperly handled and delayed processing the application to the Plaintiff's detriment.

## PARTIES

2. The Plaintiff, Dr. Bo Hu is a native and citizen of People's Republic of China. Dr. Hu entered the U.S. as a graduate student on F-1 visa in 1999 to attend University of California, Santa Barbara, and received his PhD degree in 2004. Dr. Hu, residing at 20 Descanso Drive #1313, San Jose, CA 95134, alien number A099055017, filed I-485, Application to Adjust to Permanent Resident Status, together with his wife, Yue Zeng, alien number A099055018, with the USCIS on September 26, 2005.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4. Defendant Emilio T Gonzalez is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B).

5. Defendant Robert S. Mueller, III, Director of Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances of the Plaintiff's cases.

## JURISDICTION

6. Jurisdiction in this case is proper under 28 USC §§ 1391 and 1361, 5 USC §701 et seq., and 28 USC §2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

7. Venue is proper in this court, pursuant to 28 USC §1391(e), in that the Plaintiff may request a hearing on the matter in the District where the Plaintiff resides.

## EXHAUSTION OF REMEDIES

8. The Plaintiff has exhausted his administrative remedies. The Plaintiff has supplied the USCIS and FBI documents that clearly establish his eligibility to Adjust to Permanent Resident Status.

## CAUSE OF ACTION

9. The Plaintiff properly filed I-485, Application to Adjust to Permanent Resident Status, together with his wife Yue Zeng, on September 26, 2005. After 17 months, the Plaintiff was noticed that the case was transferred from USCIS California Service Center to Nebraska Service Center. Attached hereto as **Exhibit A** in an acknowledgement document by the USCIS.

10. The Plaintiff and his wife have already been through 2 fingerprinting processes on Nov 3, 2005 and March 16, 2007 and submitted to USCIS the respective dates when they were filed in 2005 and 2007. The Plaintiff has already used 3 EAD (Employment Authorization Department) cards and 3 Travel Parole Applications that were granted to them by USCIS due to pending I-485 application. The Plaintiff and his wife's third Travel Parole Applications took as long as **4** months for the approval.

11. In 2006, one year after filing, the Plaintiff contacted the USCIS local office and was told that the case was pending upon FBI name check and all he can do was waiting. Another year passed. The Plaintiff and his family are still waiting without any idea when their case will or will not be approved.

12. Due to delays in adjudication of the Plaintiff's permanent residency application, the Plaintiff's naturalization (to become a U.S. Citizen) has been delayed. Therefore the Defendants' unreasonable delay in adjudicating I-485 application deprived the Plaintiff and his wife for longer time of citizenship benefits like a right to vote and fully participate in our democracy; receive a United States passport; travel freely into and out of the United States; hold a job that is restricted to United States citizens; run for public office. Also the Plaintiff has been and will continue to be unable to petition for his family members to immigrate to the United States as immediate relatives.

13. The Plaintiff and his family have also been greatly affected financially due to the pending I-485 application. Since their statuses in the United States are uncertain, the Plaintiff and his family cannot make the decision to buy their first home until the case is approved. But after more than two years, the Plaintiff and his family are still waiting for the approval of their I-485 case, while the housing price in their residence area, Silicon Valley, has soared more than 20%.

14. Some universities and colleges consider a person without a permanent residency to be an out-of-state resident and hence charge him or her out-of-state tuition. Due to that the

Plaintiff's wife could not proceed with her educational plans.

15. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 et seq., are unlawfully withholding action on the Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regards to the Plaintiff's case.

16. Though the role of the Defendants is pivotal in securing the civilians of the United States of America from people planning to do harm on American soil, the Defendants' actions in adjudicating the Plaintiff's case have clearly gone beyond the expected 120 days to 1 year processing time and have failed to adhere to their own regulations.

17. The Defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiff's I-485 Application after the Plaintiff had submitted a properly executed application. It has been **26** months since the Plaintiff has filed his and his wife's I-485 applications.

18. The Defendants have sufficient information to determine the Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures. The Plaintiff has done everything to get his case adjudicated but the Defendants have clearly not given the Plaintiff any form of relief.

19. The Defendants' delay in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving them of the rights to which the Plaintiff and derivative beneficiary are entitled.

## PRAYER

20. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a) requiring the Defendants to properly adjudicate the Plaintiff and his wife's application for action on an approved petition;
    (b) requiring the Defendants to provide the Plaintiff and his wife with a Notice of Approval;
    (c) granting such further relief as this Honorable Court may deem just and proper.

Respectfully Submitted,

_____
Dr. Bo Hu
**PRO SE**
20 Descanso Drive #1313
San Jose, CA 95134
Telephone (805)705-8672
hu@oasys-ds.com

## EXHIBITS

EXHIBIT A    USCIS Receipt Notices.

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** WAC-05-258-52260 | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE** September 26, 2005 | **APPLICANT** A99 055 017 HU, BO |
| **PRIORITY DATE** | |
| **NOTICE DATE** September 28, 2005 | **PAGE** 1 of 1 |

VERNADETTE ANTONIO
FINNAN FLEISCHUT & ASSOCIATES
RE: BO HU
525 MIDDLEFIELD RD 200
MENLO PARK CA 94025

Notice Type: Receipt Notice

Amount received: $ 385.00
Section: Adjustment as direct beneficiary of immigrant petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
 - You can check our current processing time for this kind of case on our website at **uscis.gov**.
 - On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
 - Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
 - We will notify you by mail when we make a decision on this case, or if we need something from you.
 - If you move while this case is pending, call customer service when you move.
 - Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-90, I-485, or I-698 application**
**Biometrics - (fingerprint, photo, signature)**
The next step is to have your biometrics taken at a USCIS Application Support Center (ASC).
Call customer service at 1.800.375.5283 to schedule your appointment. For hearing impaired, TDD assistance call 1.800.767.1833. It is important that you schedule your appointment. We cannot complete certain steps in processing until you appear for this appointment.
**What to bring to your appointment** - You must bring this letter and a photo identification to your appointment.
Acceptable kinds of photo identification are:
A passport or national photo identification issued by your country,
A drivers license,
A military photo identification, or
A state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** WAC-05-258-52260 | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIPT DATE** September 28, 2005 **PRIORITY DATE** | **APPLICANT** A099 055 017 HU, BO |
| **NOTICE DATE** March 7, 2007 **PAGE** 1 of 1 | |
| BO HU 20 DESCANSO DR 1313 SAN JOSE CA 95134-1841 | **Notice Type:** Transfer Notice |

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

   Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage http://www.uscis.gov/graphics/index.htm, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| WAC-05-258-52204 | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT A99 055 018 |
| September 26, 2005 | | ZENG, YUE |
| NOTICE DATE | PAGE | |
| September 28, 2005 | 1 of 1 | |

VERNADETTE ANTONIO
FINNAN FLEISCHUT & ASSOCIATES
RE: YUE ZENG
525 MIDDLEFIELD RD 200
MENLO PARK CA 94025

Notice Type: Receipt Notice

Amount received: $ 385.00
Section: Adjustment as direct beneficiary of immigrant petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-90, I-485, or I-698 application**
**Biometrics - (fingerprint, photo, signature)**
The next step is to have your biometrics taken at a USCIS Application Support Center (ASC).
Call customer service at 1.800.375.5283 to schedule your appointment. For hearing impaired, TDD assistance call 1.800.767.1833. It is important that you schedule your appointment. We cannot complete certain steps in processing until you appear for this appointment.
**What to bring to your appointment** - You must bring this letter and a photo identification to your appointment.
Acceptable kinds of photo identification are:
A passport or national photo identification issued by your country,
A drivers license,
A military photo identification, or
A state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283

Form I-797C (Rev. 01/31/05) N