```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002198
Cashier ID: harwellt
Transaction Date: 12/05/2007
Payer Name: Bo Hu

CIVIL FILING FEE
 For: Bo Hu
 Case/Party: D-CAN-5-07-CV-006163-001
 Amount:       $350.00

CHECK
 Check/Money Order Num: 471
 Amt Tendered: $350.00

Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

Case N 07-cv-06163-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```