**E-Filed 12/11/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BO HU,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>            Defendants. | Case Number C 07-6163 JF (RS)<br><br>ORDER TO SHOW CAUSE |

    On December 5, 2007, Plaintiff Bo Hu ("Hu") filed the instant "Complaint For Writ in the Nature of Mandamus." Hu asserts that Defendants have failed to process his I-485 Application to Adjust to Permanent Resident Status ("application") in a timely manner.

    Hu alleges the following facts: he is a citizen of China and entered the United States as a student on an F-1 visa in 1999. Complaint at ¶ 2. Hu received his PhD from the University of California, Santa Barbara, in 2004, and currently resides in San Jose, California. *Id.* On September 26, 2005, Hu and his wife, Yue Zeng ("Zeng"), filed their joint application with the United States Citizenship and Immigration Services ("USCIS"). *Id.* Hu has supplied the USCIS

with the documents necessary to establish his eligibility for Permanent Resident Status and has exhausted his administrative remedies. *Id.* More than two years has passed since Hu and Zeng filed the application and it has yet to be adjudicated. *Id.* at ¶ 13. The delay in the processing of the application has resulted in various hardships for Hu and Zeng, including, but not limited to, their inability to travel freely into and out of the United States, and to become naturalized United States citizens. *Id.* at ¶ 12.

Hu alleges that Defendants, by failing to timely process the application, have violated the Administrative Procedures Act, 5 U.S.C § 701 et. seq. *Id.* at ¶ 15. Hu requests that the Court require Defendants to properly adjudicate and approve Hu's and Zeng's application.

Good cause appearing, IT IS HEREBY ORDERED as follows:

(1) The Clerk of the Court shall serve a copy of the complaint and a copy of this Order upon counsel for Defendants, the Office of the United States Attorney. The Clerk of the Court also shall serve a copy of this Order upon Plaintiff.

(2) Defendants shall, within sixty (60) days after receiving service of the complaint, show cause in writing why the relief prayed for should not be granted.

(3) Plaintiff may file a response to Defendants' filing within twenty (20) days after receipt of such filing.

(4) Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the response or upon the expiration of time to file a response.

(5) The order dated December 5, 2007, setting an Initial Case Management Conference and ADR deadlines, is hereby VACATED.

IT IS SO ORDERED.

DATED: 12/11/07

JEREMY FOGEL
United States District Judge

2

Case No. C 07-6163 JF (RS)
ORDER TO SHOW CAUSE
JFEX2

1
2
3  Copies of Order served on the following persons:
4
5  Plaintiff (*Pro se*):

6  Bo Hu
   20 Descanso Drive #1313
   San Jose, CA 95134
7

8  Counsel for Defendants:

9  Office of the United States Attorney
   150 Almaden Blvd., Suite 900
10 San Jose, CA 95113

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C 07-6163 JF (RS)
ORDER TO SHOW CAUSE
JFEX2