# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Clear Form

FILED



SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07 06163 JF

RS

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER  USPS Certified mail | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   by USPS certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/16/07
           Date

Signature of Server

20 Descanso drive #1313
San Jose, CA 95134
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES POSTAL SERVICE**

Date: 12/12/2007

Bo Hu:

The following is in response to your 12/10/2007 request for delivery information on your Certified item number 7007 0220 0001 4283 7933. The delivery record shows that this item was delivered on 12/12/2007 at 09:33 AM in WASHINGTON, DC 20529 to K WARREN. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service