Address Change

To whom it may concern:

**Filed**
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

The plaintiff, Bo Hu, (case number, C07 06163) has changed his address to 1157 Pheasant Hill Drive, San Jose, CA 95120. The address change is effective on 02/08/2008.

*[signature]* 02/08/2008
Bo Hu