Proof of Service

Case No.: C07-6163 JF

FILED
08 FEB 20  A 11:05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J

Date: 02/15/2008

place: USPS

Method: USPS certified mail

Addresse: Melaniee L. Proctor
Assistant United States Attorney
450 Golden Gate Avenue Box 36055
San Francisco, CA 94102

Documents: (1) Address change

(2) Plaintiff's Opposition Brief

Bo Hu

02/20/2008

**UNITED STATES POSTAL SERVICE**

Date: 02/15/2008

Bo Hu:

The following is in response to your 02/15/2008 request for delivery information on your Certified item number 7007 2560 0002 4552 3992. The delivery record shows that this item was delivered on 02/15/2008 at 10:43 AM in SAN FRANCISCO, CA 94102. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

