**E-Filed 04/01/2008**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BO HU,<br><br>               Plaintiff,<br><br>               v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigation,<br><br>               Defendants. | Case Number C 07-6163 JF (RS)<br><br>ORDER[1]<br><br>[re: docket no. 1] |

       On December 12, 2007, the Court entered an order to show cause why Plaintiff should not be granted the relief he requested. Defendants' response asserts the Court lacks subject matter jurisdiction over this matter and requests dismissal, albeit not in a formal motion to dismiss. Defendants' jurisdictional argument appears to have been rejected by every court in this district that has considered them, and this Court sees no basis to deviate from the considered analysis in those decisions. See, *Qui v. Chertoff*, 2007 WL 1831130, *2 n.3 (N.D. Cal. June 25,

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-6163
ORDER
(JFEX3)

1 | 2007) (collecting cases from not less than ten judges in this district finding jurisdiction exists on
2 | facts materially indistinguishable from the facts here). Accordingly, the Court will not invite
3 | Defendants to make a motion to dismiss. It appears, however, that the issues raised in the
4 | complaint likely are amenable to resolution on summary judgment. The parties are directed,
5 | therefore, to file cross-motions for summary judgment as promptly as practicable.

7 | IT IS SO ORDERED.
8 | DATED: April 1, 2008

JEREMY FOGEL
United States District Judge

Case No. C 07-6163
ORDER
(JFEX3)

1  This Order has been served upon the following persons:

2  Bo Hu
3  1157 Pleasant Hill Drive
   San Jose, CA 95120

4

5  Melanie Lea Proctor
   United States Attorney's Office
6  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495

3

Case No. C 07-6163
ORDER
(JFEX3)