1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

| | | |
|---|---|---|
| BO HU, | ) | No. C 07-6163 JF (RS) |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JOINT STIPULATION TO DISMISS; |
| MICHAEL CHERTOFF, Secretary of the | ) | PROPOSED ORDER |
| Department of Homeland Security; EMILIO | ) | |
| T. GONZALEZ, Director of the Citizenship | ) | |
| and Immigration Services; ROBERT | ) | |
| MUELLER, Director of the Federal Bureau | ) | |
| of Investigation, | ) | |
| | ) | |
|         Defendants. | ) | |
| | ) | |

20      Plaintiff, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate,

21  subject to the approval of the Court, to dismissal of the action in light of the adjudication of

22  Plaintiff's application for adjustment of status.

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION
C 07-6163 JF

Each of the parties shall bear their own costs and fees.

Dated: July 2, 2008            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants

Dated: June 30, 2008          /s/
BO HU
Pro Se

## PROPOSED ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Clerk shall close the file.

Dated:

JEREMY FOGEL
United States District Judge

---

[1], Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 07-6163 JF      2