1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   BO HU,                           )    No. C 07-6163 JF (RS)
12                                   )
                  Plaintiff,         )
13                                   )
          v.                         )
14                                   )    JOINT STIPULATION TO DISMISS;
   MICHAEL CHERTOFF, Secretary of the )   ~~PROPOSED~~ ORDER
15 Department of Homeland Security; EMILIO )
   T. GONZALEZ, Director of the Citizenship )
16 and Immigration Services; ROBERT )
   MUELLER, Director of the Federal Bureau )
17 of Investigation,                 )
                                     )
18                Defendants.        )
   _____ )
19

20         Plaintiff, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate,

21  subject to the approval of the Court, to dismissal of the action in light of the adjudication of

22  Plaintiff's application for adjustment of status.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

   STIPULATION
   C 07-6163 JF

1    Each of the parties shall bear their own costs and fees.

2    Dated: July 2, 2008                              Respectfully submitted,

3                                                     JOSEPH P. RUSSONIELLO
                                                      United States Attorney
4

5
                                                      _____/s/_____
6                                                     MELANIE L. PROCTOR[1]
                                                      Assistant United States Attorney
7                                                     Attorney for Defendants

8

9    Dated: June 30, 2008                             _____/s/_____
                                                      BO HU
10                                                    Pro Se

11                              **PROPOSED ORDER**

12    Pursuant to stipulation, IT IS SO ORDERED.  The Clerk shall close the file.

13

14    Dated:    7/7/08                                _____
15                                                    JEREMY FOGEL
                                                      United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27    _____

28    [1], Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
      signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 07-6163 JF                        2

## CERTIFICATE OF SERVICE

### Bo Hu v. Michael Chertoff; et al.
### C 07-6163 JF

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

### STIPULATION TO DISMISS; PROPOSED ORDER

to be served this date upon the party(ies) as follows:

✓   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____   **FACSIMILE (FAX)**  Telephone No.: _____  I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____   **FEDERAL EXPRESS**

____   **CERTIFIED MAIL**

____   **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

**Bo Hu, Pro Se**
**1157 Pheasant Hill Drive**
**San Jose, CA 95120**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 2, 2008 at San Francisco, California.

_____
/s/
CAROL E WEXELBAUM
Legal Assistant